UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x
TYSON INTERNATIONAL COMPANY, :
LIMITED, :
: 
                                Petitioner, :      1:25-cv-03452(ALC)
:
                                -against- :      ORDER
:
PARTNER REINSURANCE EUROPE SE, :
:
                                Respondent. :

------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

      On April 18, 2025, Petitioner Tyson International Company, Limited. ("TICL") was granted leave to file the documents in this matter under temporary seal, pending full briefing for its motion to vacate a portion of an arbitration award, on a schedule to be set by the assigned judge. *See* Order to File Case Under Seal, *Tyson Int'l Co., Ltd. v. Partner Reinsurance Europe SE*, No. 1:25-mc-00167 (S.D.N.Y. April 18, 2025), ECF No. 6. On May 5, 2025, this Court set a briefing schedule for Petitioner's motion. Petitioner is thus **ORDERED** to file a letter with this Court that (1) identifies the specific documents Petitioner would like to remain under seal, and (2) provides the legal and factual basis for sealing or redacting each document, by **May 28, 2025**. Any opposition to Petitioner's letter motion shall be filed by Respondent no later than **June 2, 2025**. Any reply by Petitioner shall be filed no later than **June 5, 2025**.

**SO ORDERED.**

Dated:    May 21, 2025
             New York, New York

                                                                **ANDREW L. CARTER, JR.**
                                                                **United States District Judge**