UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x

TYSON INTERNATIONAL COMPANY, LIMITED,

                     Petitioner,

         -against-

PARTNER REINSURANCE EUROPE SE,

                     Respondent.

------------------------------------------------------- x

1:25-cv-03452(ALC)

ORDER

**ANDREW L. CARTER, JR., United States District Judge:**

      On April 18, 2025, Petitioner Tyson International Company, Limited ("TICL") was granted leave to file certain documents in this matter under temporary seal, pending full briefing for its motion to vacate a portion of an arbitration award, on a schedule to be set by the assigned judge. *See* Order to File Case Under Seal, *Tyson Int'l Co., Ltd. v. Partner Reinsurance Europe SE*, No. 1:25-mc-00167 (S.D.N.Y. April 18, 2025), Dkt. No. 6. On May 5, 2025, this Court set a briefing schedule for Petitioner's motion, and thus, on May 21, 2025, the Court directed TICL to file a letter indicating which documents should remain sealed. Dkt. No. 11. Petitioner filed said letter with the Court on May 28, 2025. Dkt. No. 12. However, due to technical issues, Petitioner did not file the sealed documents with its letter, which is required by this Court's Individual Rules. On May 29, 2025, Petitioner contacted the Court via email requesting guidance as to whether it should refile its letter with the Court so that it could include the sealed documents. Petitioner is hereby directed to refile the letter with the sealed documents as required by this Court's Individual Rules.

**SO ORDERED.**

**Dated:**    **May 30, 2025**
    **New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**

2